LINK 75

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAN G. DAMWYK,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. AIR FORCE, et al.,<br><br>        Defendants. | Case No. 2:22-cv-04424-HDV-SK<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANT U.S. AIR FORCE PURSUANT TO 42 U.S.C. § 2000e-16(c) AND CORRECTING CAPTION |

1

1  The Court, having considered the parties' Joint Stipulation to Dismiss Defendant
2  U.S. Air Force Pursuant to 42 U.S.C. § 2000e-16(c), and finding good cause therefor,
3  HEREBY ORDERS that Defendant U.S. Air Force be dismissed as a named
4  defendant in the instant action and that the caption of this case be changed to read as
5  follows:

ROYLAN G. DAMWYK,

    Plaintiff,

    v.

FRANK KENDALL, III, in his official capacity as the Secretary of the U.S. Air Force,

    Defendant.

Dated: 7/19/24

Honorable Hernán D. Vera
United States District Judge

2

Presented by:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   */s/ Jonathan Russell Blakey*
JONATHAN RUSSELL BLAKEY
Assistant United States Attorney

Attorneys for Defendants
U.S. Air Force and Frank Kendall III,
in his official capacity as the Secretary
of the U.S. Air Force