## **MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant respectfully requests that the Court continue trial in this case due to Robert Corser's wife's unexpected medical emergency. "A party filing an *ex parte* application must support its request for emergency relief with 'evidence ... that the moving party's case will be irreparably prejudiced if the underlying motion is heard according to regularly noticed motion procedures,' and a showing 'that the moving party is without fault in creating the crisis that requires *ex parte* relief, or that the crisis occurred as a result of excusable neglect.'" *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). As indicated in the attached Declaration of Jonathan Russell Blakey ("Blakey Decl."), good cause exists for the granting of the instant *ex parte* application. On November 6, 2024, six days before trial is set to begin Robert Corser, a United States Air Force employee and a vital witness for **both** parties informed Mr. Blakey that he had taken his wife to the Emergency Room the preceding night and that she had been admitted to the Intensive Care Unit. Blakey Decl. ¶¶ 3-6. Currently, it believed that she will likely pass imminently in the coming days. *Id.* ¶ 6.

Given Mr. Corser's wife's current medical state and his necessary presence at her side during this time and if she passes, Mr. Corser will not be able to travel from Lompoc, California to Los Angeles, California and remain on stand-by to testify for multiple days. *Id.* ¶ 9. Even if Mr. Corser is allowed to testify via zoom at trial, the parties cannot guarantee that Mr. Corser will be able to testify given the circumstances. *Id.* ¶ 9.

This order is sought by means of an *ex parte* application because there is insufficient time to file a noticed motion requesting that the trial be continued. Plaintiff's counsel opposes Defendant's request to continue the trial date.

Defendant has been diligently preparing and anticipated being ready to begin trial as scheduled on Tuesday, November 12, 2024. However, Mr. Corser's wife's medical emergency and expected passing will severely impact his ability to effectively testify at trial, if at all. The events that give rise to this application will irreparably harm **both** parties

as Mr. Corser is a necessary witness at trial. Moreover, Mr. Corser's wife's medical condition is tragic and certainly not within Defendant's control.

This application is made in good faith and is not intended to cause delay.

Respectfully submitted,

Dated: November 7, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Jonathan Russell Blakey*
JONATHAN RUSSELL BLAKEY
Assistant United States Attorneys

Attorneys for Defendant
United States of America

2