# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 22-4424-HDV (SKx) |
| Title: | Roylan G. Damwyk v. Frank Kendall, III |
| Date | 11/12/24 |

Present: The Honorable **Hernán D. Vera, United States District Court Judge**

| Wendy K. Hernandez | Suzanne McKennon |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rosemary Dettling/ Sara Bloom | AUSA Jonathan Blakey / AUSA Matt Smock |

**Day Court Trial**    1    **Day Jury Trial**

One day trial: __  Begun (1st day); X  Held & Continued; x  Completed by jury verdict/submitted to court. __

- X  The Jury is impaneled and sworn.
- X  Opening statements made by    Plaintiff and Defendant
- X  Witnesses called, sworn and testified.   X Exhibits identified.   X Exhibits admitted.
- __ Plaintiff(s) rest.   __ Defendant(s) rest.
- __ Closing arguments made by   __ plaintiff(s)   __ defendant(s).   __ Court instructs jury.
- __ Bailiff(s) sworn.   __ Jury retires to deliberate.   __ Jury resumes deliberations.
- __ Jury Verdict in favor of   __ plaintiff(s)   __ defendant(s) is read and filed.
- __ Jury polled.   __ Polling waived.
- __ Filed Witness & Exhibit Lists   __ Filed jury notes.   __ Filed jury instructions.
- __ Judgment by Court for   __ plaintiff(s)   __ defendant(s).
- __ Findings, Conclusions of Law & Judgment to be prepared by   __ plaintiff(s)   __ defendant(s).
- __ Case submitted.   Briefs to be filed by __
- __ Motion to dismiss by __ is __ granted. __ denied. __ submitted.
- __ Motion for mistrial by __ is __ granted. __ denied. __ submitted.
- __ Motion for Judgment/Directed Verdict by __ is __ granted. __ denied. __ submitted.
- __ Settlement reached and placed on the record.
- __ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- __ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- __ Trial subpoenaed documents returned to subpoenaing party.
- X  Case continued to   11/13/24 8:30AM   for further trial/further jury deliberation.
- __ Other:

    8 : 00

Initials of Deputy Clerk    wh