# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| Case No. | CV 22-4424-HDV (SKx) | Date | 11/14/24 |
|---|---|---|---|
| Title: | Roylan G. Damwyk v. Frank Kendall, III | | |

Present: The Honorable  Hernán D. Vera, United States District Court Judge

| Wendy K. Hernandez | Suzanne McKennon |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Rosemary Dettling/ Sara Bloom | AUSA Jonathan Blakey / AUSA Matt Smock |

**Day Court Trial**  3   **Day Jury Trial**

___ One day trial:  ___ Begun (1st day);  x  Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X  Witnesses called, sworn and testified.   X  Exhibits identified.   X  Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X  Case continued to  11/15/24 8:30AM  for further trial/further jury deliberation.
X  Other:  Jury instructions discussed.

5 : 30

Initials of Deputy Clerk  wh