REDACTED

FILED
CLERK, U.S. DISTRICT COURT
NOV 15 2024
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAN G. DAMWYK,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK KENDALL, III, in his official capacity as the Secretary of the U.S. Air Force,<br><br>    Defendant. | Case No. 2:22-cv-04424-HDV-SK<br><br>**SPECIAL VERDICT FORM** |

1

# SPECIAL VERDICT FORM

We the jury in the above-entitled action, find the following unanimous special verdict on the following questions submitted to us:

## FAILURE TO ACCOMMODATE CLAIM

1. Did the plaintiff prove, by a preponderance of the evidence, that the defendant discriminated against the plaintiff by failing to provide reasonable accommodation?

   Check one:   YES ✓   NO ____

   If your answer to Question No. 1 is "YES," please proceed to Question No. 2.

   If your answer to Question No. 1 is "NO," do not answer Question Nos. 2–8 and proceed directly to Question No. 9.

## GOOD FAITH IN INTERACTIVE PROCESS

2. Did the defendant prove, by a preponderance of the evidence, that it demonstrated good faith efforts, in consultation with the plaintiff, to identify and make a reasonable accommodation that would provide the plaintiff with an equally effective opportunity and would not cause an undue hardship on the defendant?

   Check one:   YES ____   NO ✓

   If your answer to Question No. 2 is "YES," do not answer Question Nos. 3–8

and proceed directly to Question No. 9.

If your answer to Question No. 2 is "NO," please proceed to Question No. 3.

## UNDUE HARDSHIP

3. Did the defendant prove, by a preponderance of the evidence, that providing an accommodation would impose an undue hardship on the defendant?

   Check one:　　　　　YES ____　　　　　NO ✓

   If your answer to Question No. 3 is "YES," do not answer Question Nos. 4–8 and proceed directly to Question No. 9.

   If your answer to Question No. 3 is "NO," please proceed to Question No. 4.

## DAMAGES

4. Did the plaintiff prove, by a preponderance of the evidence, that she experienced emotional pain and suffering caused by defendant's failure to provide a reasonable accommodation?

   Check one:　　　　　YES ✓　　　　　NO ____

   If your answer to Question No. 4 is "YES," please proceed to Question No. 5.

   If your answer to Question No. 4 is "NO," do not answer Question Nos. 5–8 and proceed directly to Question No. 9.

5. State the total amount of damages that would reasonably and fairly compensate the plaintiff for emotional pain and suffering caused by defendant's failure to provide a reasonable accommodation.

$250,000.00

Please proceed to Question No. 6.

6. Did the defendant prove, by a preponderance of the evidence, that the plaintiff failed to use reasonable efforts to mitigate her emotional pain and suffering and an amount by which such damages would have been mitigated?

Check one:          YES____          NO ✓

If your answer to Question No. 6 is "YES," please proceed to Question No. 7.

If your answer to Question No. 6 is "NO," do not answer Question No. 7–8 and proceed directly to Question No. 9.

7. State the total amount of damages awarded under Question No. 5 that Plaintiff would have avoided had she used reasonable efforts to mitigate her damages.

_____

Please proceed to Question No. 8.

8. Please subtract Line 7 from Line 5. This is the total amount of damages awarded to plaintiff for emotional pain and suffering.

_____

Please proceed to Question No. 9.

9. You have completed this Verdict Form. Please have the jury foreperson sign and date the form below.

Dated: November 15, 2024

_____
Print Name of Jury Foreperson

_____
Signature