JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLAN G. DAMWYK,<br><br>Plaintiff,<br><br>v.<br><br>FRANK KENDALL, III, in his official capacity as the Secretary of the U.S. Air Force,<br><br>Defendant. | Case No. 2:22-cv-04424-HDV-SK<br><br>**JUDGMENT** |

1

1    On November 15, 2024, the jury rendered a verdict in favor of Plaintiff. [Dkt No. 142]. The jury awarded Plaintiff $250,000 in compensatory damages, [Dkt. No. 149], and the Court awarded Plaintiff $74,641.30 in backpay and $2,998.35 in lost retirement benefits. [Dkt. No. 153]. On February 5, 2025, after careful consideration of the parties' arguments, the Court found that Plaintiff has not proven her claim of retaliation. [Dkt. No. 166].

Defendant will also pay Plaintiff's attorneys' fees and costs pursuant to 42 U.S.C. § 2000e-5(k) in an amount to be determined by the Court via a properly noticed motion.

The Court shall retain jurisdiction to enforce this judgment.

Judgment is hereby entered in favor of Plaintiff.

**IT IS SO ORDERED.**

Dated: February 5, 2025

Hernán D. Vera
United States District Judge